**Opinion issued April 23, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00826-CV

_____

**BLACKBUCK PETROLEUM PROPCO I LLC AND AGP ENERGY SERVICES LLC, Appellants**

**V.**

**BLUEFIN RESOURCES PROPCO LLC; BLUEFIN RESOURCES LLC; STANFORD PETROLEUM LLC; AND SCOTT STANFORD, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-08213**

---

## MEMORANDUM OPINION

Appellants Blackbuck Petroleum PropCo I LLC and AGP Energy Services LLC filed a notice of appeal from the trial court's October 11, 2024 order denying their motion to compel arbitration.

Appellees Bluefin Resources PropCo LLC, Bluefin Resources LLC, Stanford Petroleum LLC, and Scott Stanford have now filed a motion to dismiss the appeal, noting that the parties have entered into a mediated settlement agreement, which incorporates a settlement, release, and confidentiality agreement that "resolve[s] any and all past and present claims and causes of action" between the parties, including the "appeal pending before the First District Court of Appeals (No. 01-24-00826-CV)." In the settlement, release, and confidentiality agreement, the parties agreed to "file dismissals with prejudice of all claims." Appellees therefore request that this Court effectuate the parties' agreement by disposing of this appeal by dismissal. *See* TEX. R. APP. P. 42.1(a)(2)(A).

Copies of the mediated settlement agreement and the settlement, release, and confidentiality agreement, both of which are signed by the parties, are attached to appellees' motion to dismiss on file with this Court. *See id.* 42.1(a)(2). Appellants filed a response to appellees' motion to dismiss, stating that they are unopposed to the motion and relief requested therein. No opinion has issued. *See id.* 42.1(c).

Accordingly, we grant appellees' unopposed motion and dismiss the appeal, with costs to be taxed against the appellants. *See id.* 42.1(a)(2)(A), (d), 43.2(f).

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.